1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT TACOMA

| | |
|---|---|
| **STEPHANIE WILSON**, | ) Case No. 3:10-cv-05600-BHS |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **UNITED COLLECTION SERVICE, INC.** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 6th day of May, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 6th day of May, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 6th day of May, 2011 to:

Mr. Jason Woehler
Wales & Woehler, Inc., PS
705 Second Ave., Ste. 605
Seattle WA 98104

By: s/Jessica DeCandia
    Jessica DeCandia

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com