Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON, | Case No. 3:10-cv-05600-BHS |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | |
| UNITED COLLECTION SERVICE, INC., | **NOTE ON MOTION CALENDAR: June 8, 2011** |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 24th day of June, 2011.

| For Plaintiff, Stephanie Wilson | For Defendant, United Collection Service, Inc. |
|---|---|
| s/ Jon N. Robbins | s/ Jason Woehler |
| Weisberg & Meyers, LLC | Wales & Woehler, Inc., PS |

1   STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 24th day of June, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 24th day of June, 2011 to:

Mr. Jason Woehler
Wales & Woehler, Inc., PS
705 Second Ave., Ste. 605
Seattle WA 98104


By: s/ Jessica DeCandia
      Jessica DeCandia

2  STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com