UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **STEPHANIE WILSON**, | ) Case No. 3:10-cv-05600-BHS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| **UNITED COLLECTION SERVICE, INC.**, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal with Prejudice without costs or fees to either party is hereby GRANTED.

DATED this 27th day of June, 2011

_____
BENJAMIN H. SETTLE
United States District Judge

1